| | |
|---|---|
| Deanna L. Forbush, Esq.<br>Nevada Bar No. 6646<br>Bert Wuester, Jr., Esq.<br>Nevada Bar No. 5556<br>CLARK HILL PLLC<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, Nevada 89169<br>Telephone:    (702) 862-8300<br>Facsimile:    (702) 862-8400<br>E-Mail: DForbush@clarkhill.com<br>E-Mail: BWuester@clarkhill.com<br><br>*Attorneys for Defendants* | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RPS HOLDINGS, INC.; RANDOLPH SCHAMS as TRUSTEE of the SCHAMS FAMILY TRUST; CHRISTINE SCHAMS as TRUSTEE of the SCHAMS FAMILY TRUST; ELDORADO ESTATES LAS VEGAS, LLC; RANDOLPH P. SCHAMS, individually; CHRISTINE SCHAMS, individually; ROE CORPORATIONS I through X, inclusive; and DOE INDEMNITORS I through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00178-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Plaintiff INSURANCE COMPANY OF THE WEST ("Plaintiff"), by and through its attorneys of record, Kurt C. Faux, Esq., Willi H. Siepmann, Esq., and Jordan F. Faux, Esq. of The Faux Law Group, and Defendants RPS Holdings, Inc., Randolph Schams as Trustee of the Schams Family Trust, Christine Schams as Trustee of the Schams Family Trust, El Dorado Estates Las Vegas, LLC, Randolph P. Schams, individually, and Christina Schams, individually (collectively "Defendants"), by

and through their attorneys of record, Deanna L. Forbush, Esq. and Bert Wuester, Jr., Esq. of Clark Hill PLLC, hereby stipulate to the following: 1) Plaintiff filed a Complaint against Defendants on January 30, 2019 and served said Complaint upon Defendants on February 1, 2019; 2) Defendants' response to said Complaint is currently due on February 22, 2019; 3) the Parties agree that Defendants shall have an open ended extension to file a response to Plaintiff's Complaint.  Plaintiff will provide Defendants with at least 20 days to file a responsive pleading upon notice from Plaintiff that settlement discussions are at an impasse.

       The extension for Defendants' time to respond to Plaintiff's Complaint is being requested as the Parties discuss the possibility of resolving this matter without further litigation.  There have been no previously requested extensions in this matter.

       Dated this 14th day of February, 2019.

| THE FAUX LAW GROUP | CLARK HILL PLLC |
|---|---|
| By: */s/ Kurt C. Faux, Esq.* <br>     KURT C. FAUX, ESQ. <br>     Nevada Bar No. 3407 <br>     WILLI H. SIEPMANN, ESQ. <br>     Nevada Bar No. 2478 <br>     JORDAN F. FAUX, ESQ. <br>     Nevada Bar No. 12205 <br>     2625 N. Green Valley Parkway, #100 <br>     Henderson, Nevada 89014 <br>     Attorneys for Plaintiff | By: */s/ Deanna L. Forbush, Esq.* <br>     DEANNA L. FORBUSH, ESQ. <br>     Nevada Bar No. 6646 <br>     BERT WUESTER, JR., ESQ. <br>     Nevada Bar No. 5556 <br>     3800 Howard Hughes Parkway, Suite 500 <br>     Las Vegas, Nevada 89169 <br>     Attorneys for Defendants |

## ORDER

**IT IS SO ORDERED.**

Dated: February 14, 2019

_____
United States Magistrate Judge

221145336.1