# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST,<br>    Plaintiff(s),<br>v.<br>RPS HOLDINGS, INC., et al.,<br>    Defendant(s). | Case No.: 2:19-cv-00178-JCM-NJK<br>**ORDER** |

On February 14, 2019, the Court granted the parties' stipulation to vacate the deadline to respond to the complaint in light of settlement discussions. Docket No. 12. No further action has been taken by the parties to advance this case. Accordingly, a joint status report must be filed by September 6, 2019.

IT IS SO ORDERED.

Dated: August 15, 2019

Nancy J. Koppe
United States Magistrate Judge

1