# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST,<br>　　　Plaintiff(s),<br>v.<br>RPS HOLDINGS, INC., et al.,<br>　　　Defendant(s). | Case No.: 2:19-cv-00178-JCM-NJK<br><br>**ORDER** |

On February 14, 2019, the Court granted the parties' stipulation to vacate the deadline to respond to the complaint in light of settlement discussions. Docket No. 12. The parties' joint status report indicates that they need an additional 60 days to complete settlement discussions. Docket No. 15. Accordingly, either dismissal papers or a response to the complaint must be filed by November 8, 2019.

IT IS SO ORDERED.

Dated: September 9, 2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1