KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
THE FAUX LAW GROUP
2625 N. Green Valley Parkway, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
       wsiepmann@fauxlaw.com
       jfaux@fauxlaw.com

Attorneys for Insurance Company of the West

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST, a California corporation,<br><br>        Plaintiff,<br><br>v.<br><br>RPS HOLDINGS, INC.; RANDOLPH SCHAMS and CHRISTINE SCHAMS as TRUSTEES of the SCHAMS FAMILY TRUST; ELDORADO ESTATES LAS VEGAS, LLC; RANDOLPH SCHAMS, individually; CHRISTINE SCHAMS, individually; ROE CORPORATIONS I through X, inclusive; and DOE INDEMNITORS I through X, inclusive.<br><br>        Defendants. | CASE NO: 2:19-cv-00178-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Insurance Company of the West and Defendants, by and through their respective undersigned counsel of record, hereby stipulate to dismiss the above-referenced matter, and all claims against Defendants in any way relating to this lawsuit with prejudice.

///

///

///

///

-1-

Each party shall bear its own attorney fees and costs.

Dated this 6th day of ~~March~~ April, 2020.    Dated this 5th day of March, 2020.

**THE FAUX LAW GROUP**

/s/ Jordan F. Faux

KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
JORDAN F. FAUX, ESQ.
Nevada Bar No. 012205
2625 N. Green Valley Pkwy., #100
Henderson, Nevada 89014
*Attorneys for Plaintiff*

**FOX ROTHSCHILD LLP**

/s/ Deanna L. Forbush

DEANNA L. FORBUSH, ESQ.
Nevada Bar No. 6646
COLLEEN E. MCCARTY, ESQ.
Nevada Bar No. 13186
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

Dated April 13, 2020.

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE

-2-